**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HAYDEE PUJALS )<br>        Plaintiff, )<br>        )<br>    v. )<br>        )<br>NEW CENTURY MORTGAGE CORPORATION )<br> and WILSHIRE CREDIT CORPORATION )<br>        Defendants. )<br>_____ ) | C.A. 05-11235-WGY |

**JOINT STATEMENT FOR SCHEDULING CONFERENCE**

      Pursuant to the Notice of Scheduling Conference dated December 19, 2005, and in accordance with Local Rule 16.1(D), plaintiff Haydee Pujals ("plaintiff") and defendants New Century Mortgage and Wilshire Credit Corp. ("defendants") submit the following Joint Statement in connection with the scheduling conference to be held on December 19, 2005.

      **I. Introduction**
      This is an action alleging violations of the Truth in Lending Act, 15 U.S.C. §§ 1601 et seq. ("TILA"), the Home Ownership Equity Protection Act of TILA, 15 U.S.C. § 1639, and the Massachusetts Consumer Credit Cost Disclosure Act, Mass. Gen. Laws ch. 140D. Plaintiff is seeking to enforce her alleged rescission of a mortgage loan assigned to Wilshire and is also seeking to recover statutory and actual damages, and attorneys' fees and costs. New Century Morgage has filed an Answer denying liability with respect to the claims asserted in the Complaint and asserted a counterclaim seeking a declaration of the rights, duties, and liabilities of the parties with respect to the plaintiff's rescission of her loan, including, without limitation, a declaration that plaintiff is not entitled to rescind the subject loan.

      **II. Proposed Agenda for Scheduling Conference**
      The parties propose the following scheduling deadlines set forth in Section III below be adopted by the Court and so ordered.

      **III. Parties' Proposed Pre-Trial Schedule**
            **A. Automatic Disclosures**
The parties will serve automatic disclosures by **January 9, 2006**.

            **B. Discovery Limitations**
The parties propose the following deadlines for discovery and motions:

    Discovery Period: The parties shall propound all written discovery on or before:
**February 20, 2006**. The parties will complete fact depositions on or before: **March 6, 2006.**
    Experts:
      (a) Plaintiffs shall designate experts and serve expert reports on or before **March 15, 2006**.
      (b) Defendant shall designate experts and serve expert reports on or before **April 16, 2006**.
      (c) The parties will complete all expert depositions on or before **May 16, 2006**.
    Dispositive Motions:
    All dispositive motions shall be filed and served on or before: **June 30, 2006**. All oppositions and replies shall be filed and served in accordance with Local Rule 7.1

### IV. Trial By Magistrate
There is not unanimous consent to trial by Magistrate at this time.

### V. Alternate Dispute Resolution
The parties are willing to engage in Alternate Dispute Resolution.

### VI. Certifications
The parties will file their Certificates of Compliance with Local Rule 16.1 prior to or at the time of the scheduling conference.

Respectfully submitted,

| | |
|---|---|
| /s/Christopher M. Lefebvre, Esq. | /s/David M. Rosen, Esq. |
| BBO # 629056 | HARMON LAW OFFICES PC |
| P.O. Box 479 | P O Box 610389 |
| Pawtucket, RI 02862 | Newton Highland, MA 02461 |
| (401) 728-6060 | (617) 558-0500 |
| (401) 728-6534 (FAX) | |
| | |
| Attorney for Plaintiff | Attorney for Defendants |